Dismissed and Memorandum Opinion filed May 4, 2006









Dismissed and Memorandum Opinion filed May 4, 2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01230-CV

____________

 

JP MORGAN CHASE BANK, NATIONAL
ASSOCIATION, Appellant

 

V.

 

ORIX FINANCIAL SERVICES, INC.,
F/K/A ORIX CREDIT ALLIANCES, INC., Appellee

 



 

On Appeal from the
190th District Court

 Harris County, Texas

Trial Court Cause
No.
05-39179-C

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgement
signed August 29, 2005.

On April 26, 2006, the parties filed a motion to dismiss the
appeal in order to effectuate a compromise and settlement agreement.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.       

PER CURIAM

Judgment rendered and Memorandum
Opinion filed May 4, 2006.

Panel consists of Justices Hudson, Fowler, and
Seymore.